**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

JESSE M. SKINNER                                                PETITIONER

VS.                                      CIVIL ACTION NO. 1:06cv1091-DCB
                                             CRIMINAL NO. 1:02cr93-DCB

UNITED STATES OF AMERICA                                        RESPONDENT

### ORDER

This cause is before the Court <u>sua sponte</u>, pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, and having reviewed the petitioner's motion, the Court finds that a response to the motion by the government is required.  Accordingly,

IT IS HEREBY ORDERED that the United States Attorney shall file an answer to the plaintiff's Motion to Vacate under 28 U.S.C. § 2255, criminal action no. 1:02cr93, within thirty (30) days from the date of entry of this Order.

SO ORDERED, this the   21st   day of December, 2006.

                                        s/David Bramlette
                                    UNITED STATES DISTRICT JUDGE