```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                         SOUTHERN DIVISION
```

UNITED STATES                                              PLAINTIFF

VS.                      CRIMINAL ACTION NO: 1:02-cr-93(DCB)(JMR)

JESSE M. SKINNER                                           DEFENDANT

ORDER

This cause is before the Court <u>sua sponte</u>. Having reviewed the defendant's Motion to Reduce Sentence (docket entry 241), the Court finds that a response to the motion by the Government is required.

Accordingly,

IT IS HEREBY ORDERED that the United States Attorney shall file a response to the defendant's motion within thirty (30) days from the date of entry of this Order.

SO ORDERED, this the 5th day of November, 2015.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE