IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JESSE M. SKINNER                                              PETITIONER

VS.                                        CRIMINAL NO. 1:02-cr-93(DCB)
                                           CIVIL NO. 1:17-cv-151(DCB)

UNITED STATES OF AMERICA                                      RESPONDENT

## ORDER

This cause is before the Court on the petitioner Jesse M. Skinner's Motion to Vacate or Set Aside the Petitioner's Sentence Pursuant to 28 U.S.C. § 2255 (docket entry 269). Upon review of the Motion to Vacate, the Court finds that a Response from the Government is needed.

Accordingly,

IT IS HEREBY ORDERED that the Government respond to the Motion to Vacate or Set Aside the Petitioner's Sentence Pursuant to 28 U.S.C. § 2255 (docket entry 269) within thirty (30) days from the date of entry of this Order.

SO ORDERED, this the 20th day of October, 2017.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE