IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JESSE M. SKINNER                                              PETITIONER

VS.                                          CRIMINAL NO. 1:02-cr-93(DCB)
                                             CIVIL NO. 1:17-cv-151(DCB)

UNITED STATES OF AMERICA                                      RESPONDENT

<u>ORDER</u>

This cause is before the Court on the petitioner Jesse M. Skinner's Motion to Dismiss Indictment Pursuant to Federal Rules of Criminal Procedure 12(b)(2) and 12(c)(B)(iii) (docket entry 272). Upon review of the Motion to Dismiss, the Court finds that a Response from the Government is needed.

Accordingly,

IT IS HEREBY ORDERED that the Government respond to the Motion to Dismiss Indictment Pursuant to Federal Rules of Criminal Procedure 12(b)(2) and 12(c)(B)(iii) (docket entry 272) within thirty (30) days from the date of entry of this Order.

SO ORDERED, this the 20th day of October, 2017.

<u>/s/ David Bramlette</u>
UNITED STATES DISTRICT JUDGE