AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br>JESSE M. SKINNER | )<br>)<br>)<br>)   Case No:   1:02cr93DCB-JMR-001<br>)   USM No:   35713-019<br>) |
| Date of Original Judgment:   01/14/2004<br>Date of Previous Amended Judgment:   12/14/2015<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)   Mike Scott<br>    *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☑ DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   12/14/2015   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   07/29/2020

                                           */s/ David Bramlette*
                                                *Judge's signature*

Effective Date: _____
*(if different from order date)*

          The Honorable David C. Bramlette III, Senior U.S. District Judge
                                        *Printed name and title*