IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VS.                           CAUSE ACTION NO.: 1:02-CR-00093-DCB-JMR

JESSE M. SKINNER                                    DEFENDANT/PETITIONER

ORDER

Before the Court is Petitioner Jesse M. Skinner ("Skinner")'s Motion for Issuance of Certificate of Appealability [ECF No. 300]. The Court previously issued its Order denying a certificate of appealability [ECF No. 299] in response to Skinner's Notice of Appeal [ECF No. 294], which served as an implied motion for a certificate of appealability.  For the reasons set forth in the Court's earlier order [ECF No. 299], which the Court adopts and incorporates herein, Skinner's motion is DENIED.

Accordingly,

IT IS HEREBY ORDERED that Petitioner Jesse M. Skinner's Motion for Issuance of Certificate of Appealability [ECF No. 300] is DENIED.

SO ORDERED this the 7th day of October, 2020.

/s/ David Bramlette_____
UNITED STATES DISTRICT JUDGE